# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Charles Wayne Uptergrove, | CASE NO. 1:10-mc-00026-SKO |
| | ORDER TO TRANSFER DOCUMENT (Docket No. 1), STRIKE EXHIBITS (Docket Nos. 2-9), and CLOSE CASE NO. 1:10-mc-00026-SKO |
| _____/ | |

On May 18, 2010, Mr. Charles Uptergrove filed a document entitled "Request to Submit Bankruptcy Documents." This document (Docket No. 1) shall be transferred and associated with Case No. 1:06-cv-1630-AWI-GSA. On May 20, 2010, eight (8) additional documents were filed by Mr. Uptergrove that were labeled "exhibits" to the bankruptcy document (Docket Nos. 2-9).

While Docket No. 1 indicates that it pertains to the bankruptcy stay at issue in Case No. 1:06-cv-1630-AWI-GSA, none of the "exhibits" are recognizable as proper motions or pleadings that can be accepted for filing. Accordingly, the Clerk of the Court shall strike these documents (Docket Nos. 2-9). The Clerk of the Court shall transfer the document filed as Docket No. 1 to Case No. 1:10-cv-1630-AWI-GSA. Following these actions, the Clerk of the Court is directed to close Case No. 1:10-mc-00026-SKO .

IT IS SO ORDERED.

**Dated:   June 8, 2010**                    /s/ Sheila K. Oberto
                                                          UNITED STATES MAGISTRATE JUDGE

1